UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSE GAVINO PEREZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                                  Plaintiff,

- against -

PLAKOS SCRAP PROCESSING, INC. ESTATE OF ALEXANDER PLAGIANAKOS, individually, and ARISTOTLE PLAGIANAKOS individually,

                                  Defendants.

Case No.: 1:25-cv-02064- (OEM) (JAM)

------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that opt-in Plaintiff, JOSE GAVINO PEREZ, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendant PLAKOS SCRAP PROCESSING, INC. AND ARISTOTLE PLAGIANAKOS, individually, dated October 7, 2025, which is attached hereto as Exhibit "A."

Dated: Garden City, New York
       October 8, 2025

                                                  Respectfully submitted,

                                                  BORRELLI & ASSOCIATES, P.L.L.C.
                                                  *Attorneys for Plaintiff*
                                                  910 Franklin Avenue, Suite 200
                                                  Garden City, New York 11530
                                                  Tel. (516) 248-5550
                                                  Fax. (516) 248-6027

                                                  _____
                                                  Michael J. Borrelli, ESQ.

**CERTIFICATE OF SERVICE**

      I, Michael J. Borrelli, Esq., hereby certify that on this date, October 8, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68*, dated October 7, 2025, was served *via* email on the following:

Laurent S. Drogin
Noah H. Bunzl
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
ldrogin@tarterkrinsky.com
nbunz@tarterkrinsky.com
 Counsel for Defendants

                                                      MICHAEL J. BORRELLI, ESQ.