UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE GAVINO PEREZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                            Plaintiff,                    JUDGMENT

v.                                                     25-cv-02064 (OEM) (CHK)

PLAKOS SCRAP PROCESSING, INC. and
ESTATE OF ALEXANDER PLAGIANAKOS,
individually, and ARISTOTLE PLAGIANAKOS,
individually,

                            Defendants.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 8, 2025; and Defendants, Plakos Scrap Processing, Inc. and Aristotle Plagianakos, having offered to allow entry of judgment to be taken against them, jointly and severally, and in favor of Plaintiff Jose Gavino Perez in the total amount of TWENTY FIVE THOUSAND DOLLARS ($25,000) inclusive of all claims, damages, unpaid or lost wages, unpaid or lost benefits, interest, penalties, costs, disbursements, and attorneys' fees that have accrued to Plaintiff to the date of this offer pertaining to the claims and relief sought by Plaintiff in the Complaint filed in this action; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jose Gavino Perez and against Defendants, Plakos Scrap Processing, Inc. and Aristotle Plagianakos, jointly and severally, in the total amount of TWENTY FIVE THOUSAND DOLLARS ($25,000).

Dated: Brooklyn, New York                                      Brenna B. Mahoney
         October 9, 2025                                            Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk